

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00121-CV

SULMA GONZALES, APPELLANT

V.

KELLER CROWLEY AND ASSET BUYERS INC., APPELLEES

On Appeal from the 46th District Court
Wilbarger County, Texas
Trial Court No. 26,874, Honorable Dan Mike Bird, Presiding

May 14, 2014

## ON ABATEMENT AND REMAND

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Sulma Gonzales has filed an appeal in the above referenced matter. An affidavit of indigence was filed by appellant on April 15, 2014. Appellees have filed a response to the affidavit contesting Gonzales' request to proceed without the payment of costs.

Accordingly, we abate this appeal and remand the cause to the 46th District Court of Wilbarger County (trial court) for further proceedings. Upon remand, the trial court shall immediately cause notice of a hearing to be given and, thereafter, conduct a hearing to determine the following:

1. whether appellant desires to prosecute the appeal;

2. whether appellant is indigent; and, if so,

3. whether appellant is entitled to a free appellate record due to her indigency.

The trial court shall cause the hearing to be transcribed. So too shall it 1) execute findings of fact and conclusions of law addressing the foregoing issues, 2) cause to be developed a supplemental clerk's record containing its findings of fact and conclusions of law and all orders it may issue as a result of its hearing in this matter, and 3) cause to be developed a reporter's record transcribing the evidence and arguments presented at the aforementioned hearing, if any. Additionally, the district court shall then file the supplemental records and reporter's records transcribing the hearing with the clerk of this court on or before June 13, 2014. Should further time be needed by the trial court to perform these tasks, then same must be requested before June 13, 2014.

It is so ordered.

Per Curiam